FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRANDY ANN WAPATO,<br><br>Defendant. | No. 2:25-CR-00130-TOR-1<br><br>ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE<br><br>**MOTION GRANTED**<br>**(ECF No. 28)** |

Before the Court is Defendant BRANDY ANN WAPATO's Emergency Motion for Modification to Order Granting Release to Inpatient Substance Abuse Treatment. **ECF No. 28**.

**IT IS ORDERED:**

1. Defendant's Emergency Motion for Modification to Order Granting Release to Inpatient Substance Abuse Treatment, **ECF No. 28**, is **GRANTED.** **Condition No. 13 (regarding Substance Abuse Evaluation and Treatment) set forth in ECF No. 25 shall be modified to include the following additional language:**

    **U.S. Probation may, at its discretion, allow Defendant to temporarily leave inpatient treatment in order to resolve Defendant's current housing issue. Upon resolution of the housing issue, Defendant shall immediately return to inpatient treatment and remain at the treatment**

ORDER - 1

**facility for the duration of her recommended treatment.**

2.   All other terms and conditions of pretrial release set forth in ECF No. 25 shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED December 2, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2